UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | Case No.  C07-5684BHS-KLS<br><br>ORDER DISMISSING FRIVOLOUS COMPLAINT PURSUANT TO<br>28 U.S.C. § 1915 |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 13), Plaintiff's objections to the report and recommendations (Dkt. 14), Plaintiff's letter (Dkt. 15), and the remaining record, does hereby find and **ORDER**:

(1) Plaintiff has failed to cure the deficiencies in his amended complaint;

(2) The Court adopts the Report and Recommendation;

(3) Plaintiff's amended complaint is DISMISSED;

(4) The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e) and to count this as a dismissal under 28 U.S.C. § 1915(g); and

(5) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 26th day of March, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER