# United States District Court

WESTERN DISTRICT OF WASHINGTON

DONALD LYLE STRATTON

        v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5684BHS/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff has failed to cure the deficiencies in his amended complaint;

The Court adopts the Report and Recommendation;

Plaintiff's amended complaint is DISMISSED; and

The Clerk is directed to terminate this action pursuant to 28 U.S.C. § 1915(e) and to count this dismissal as a dismissal under 28 U.S.C. § 1915(g).

| | |
|---|---|
|   March 27, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |